UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #:_____ | |
| DATE FILED:  1/16/2025 | |

BAERBEL NIEMEIER-WITTLAND,

           Plaintiff,

        -against-

CITY OF NEW YORK,

           Defendant.

24-cv-5076 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the Mediator that the parties have reached a settlement in principle [ECF No. 20].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by February 17, 2025.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  January 16, 2025**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1